BARNEY v. HIGHWAY COMM.

No. 155 PC.

Case below: 14 N.C. App. 740.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 31 August 1972.

BASS v. MOORESVILLE MILLS

No. 151 PC.

Case below: 15 N.C. App. 206.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.

BATTLE v. ELECTRIC CO.

No. 197 PC.

Case below: 15 N.C. App. 246.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.

BEASLEY v. FOOD FAIR

No. 7 PC.

Case below: 15 N.C. App. 323.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 14 September 1972.

BERGOS v. BOARD OF ALCOHOLIC CONTROL

No. 168 PC.

Case below: 15 N.C. App. 169.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.